No. ——. HARRIS v. UNITED STATES. D. C. E. D. Mich. Application for bail denied. *Solicitor General Griswold* in opposition.

No. 1922, Misc. IN RE DISBARMENT OF ALLISON. It is ordered that Earl W. Allison of Columbus, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 1325, Misc. JIMENEZ ET AL. v. NAFF, YAKIMA COUNTY AUDITOR, ET AL. Appeal from D. C. E. D. Wash. Motion for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted and case transferred to appellate docket. *Michael Rosen, Thomas H. S. Brucker, Pete Tijerina,* and *Mario Obledo* for appellants. *Slade Gorton,* Attorney General, and *Robert J. Doran* and *Donald H. Brazier, Jr.,* Deputy Attorneys General, for appellees State of Washington et al.

No. 1178. UNITED STATES v. DISTRICT COURT IN AND FOR THE COUNTY OF EAGLE ET AL. Sup. Ct. Colo. Certiorari granted. *Solicitor General Griswold, Assistant Attorney General Kashiwa,* and *Edmund B. Clark* for the United States. *Kenneth Balcomb* and *Robert L. McCarty* for respondents District Court in and for the County of Eagle et al., and *Don H. Sherwood* and *Raphael J. Moses* for respondent New Jersey Zinc Co.